NIKKEN USA, INC. (also known as Nikken, Inc.), Plaintiff–Appellant,

v.

K MART CORPORATION, Defendant–Cross Appellant,

and

Robinsons–May, Inc., Homedics–USA, Inc. (also known as Homedics, Inc.), Ace Hardware Corp., American Drug Stores, Inc., Bed Bath & Beyond, Inc., Bloomingdales, Inc., Burdines, Inc., Burlington Coat Factory, Busy Body, Inc., CVS Distribution, Inc., CWI (doing business as Camping World Inc.), Drug Emporium, Inc., Drugstore.com, Inc., Federated Department Stores, Inc., General Nutrition Company, Gottschalks, Inc., J&R Electronics, Inc., J.C. Penney Co., Lechters California, Inc., Longs Drug Stores California, Inc., Macy's West, Mervyns California, Montgomery Ward, Natural Wonders, Inc., Nordstroms, Inc., Office Depot, Inc., QVC, Inc., Ralphs Grocery Company, Riteaid Corporation, Saks, Inc., Sears Roebuck & Company, Service Merchandise Co., Inc., Sharper Image Corp, Target Stores, Inc., the TJX Companies, Inc. (doing business as Marshalls), Tuesday Morning, Inc., Wal–Mart Stores, Inc., Walgreens, Ames Department Stores, Inc., Costco Wholesale Corporation, and Pricesmart, Defendants.

Nos. 02–1292, 02–1293.

United States Court of Appeals, Federal Circuit.

DECIDED: April 17, 2003.

*ORDER*

BRYSON, Circuit Judge.

The court considers whether Nikken USA, Inc.'s appeal and K Mart Corporation's cross-appeal should be dismissed without prejudice to reinstatement upon completion of K Mart's bankruptcy proceedings or the lifting of the stay in bankruptcy court.

Upon consideration thereof,

IT IS ORDERED THAT:

The appeals are dismissed with Nikken and K Mart reserving the right to reinstate their appeals on notice to the clerk within 30 days of the completion of K Mart's bankruptcy proceedings or the lifting of the stay in bankruptcy court, whichever occurs first.